UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott Johnson,<br><br>    Plaintiff,<br><br>  v.<br><br>Dolores Dietler, in his individual and representative capacity as Trustee--Dietler Credit Trust; Fastenal Company, a Minnesota Corporation; and Does 1-10,<br><br>    Defendants, | Case: 2:14-CV-01772-JAM-KJN<br><br>**STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1); & ORDER THEREON** |

## **ORDER**

Having read the foregoing Stipulation and good cause appearing therefore, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: 11/4/2014          /s/ John A. Mendez_____
                                  HONORABLE JOHN A. MENDEZ
                                UNITED STATES DISTRICT COURT JUDGE